## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| IN RE:<br><br>ABRI HEALTH SERVICES, LLC, *et al*.,[1]<br><br>Debtor | Case No. 21-30700-SGJ<br>Chapter 11<br>Subchapter V<br>*(Jointly Administered)* |

## CHAPTER 11 SUBCHAPTER V TRUSTEE'S REPORT OF NO DISTRIBUTION

I, Mark A. Weisbart, having been appointed Subchapter V Trustee of the estate of the above-named Debtor, report I collected funds totaling: $0. A plan was confirmed on October 26, 2021. No plan payments were made to the Trustee. According to the Debtor, the plan was substantially consummated and, pursuant to 11 U.S.C. § 330(a), on December 16, 2021, the Court ordered compensation of $50,935.50 and reimbursement of expenses of $553.31 be awarded to the Trustee. Trustee has agreed to reduce his fees and expenses and accept $40,566.04 as payment in full. These funds were paid by the Debtor to the Trustee during the case. I hereby certify that my administration of the estate of the above-named Debtor has been completed. I request that I be discharged from any further duties as Trustee.

Respectfully Submitted,

/s/ Mark A Weisbart
Mark A Weisbart
Texas Bar No. 21102650
10501 N Central Expy, Suite 106
Dallas, Texas 75231-2203
(972) 755-7103 Phone/Fax
MWeisbart@haywardfirm.com

SUBCHAPTER V TRUSTEE

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Abri Health Services, LLC (3319) and Senior Care Centers, LLC (8550).

UST Form 101-11(V)-NDR D